IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.  ) | CASE NO. 1:21-mj-00319 |
| ) | |
| JENNIFER HEINL ) | |
| ) | |
| Defendant. ) | Electronically Filed |

ENTRY OF APPEARANCE

Kindly enter my appearance in this case on behalf of JENNIFER HEINL.

Respectfully submitted,

s/ Martin A. Dietz
Martin A. Dietz, Esquire
DC Bar I.D. No. PA0093
Pa. I.D. No. 69182
2885 Wildwood Road Extension
Allison Park, PA 15101
(412) 261-5520
(412) 312-3804 fax
mdietzesquire@gmail.com
www.MartinDietzLaw.com

Attorney for Defendant,
Jennifer Heinl